UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI LATINOAMERICA
S. DE R.L. DE C.V,

      Plaintiff,

v.

GPSI, LLC,

      Defendant.
_____/

Case No. 21-cv-10131
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANT'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER (ECF No. 3) AS MOOT

On January 25, 2021, Defendant GPSI, LLC filed a motion to dissolve a temporary restraining order in this action. (*See* Mot., ECF No. 3.) GPSI's counsel has since informed the Court's staff that the parties executed a settlement agreement on February 12, 2021, and that GPSI has no objection to the Court terminating its pending motion to dissolve as moot.

Accordingly, for the reasons stated above, **IT IS HEREBY ORDERED** that GPSI's motion to dissolve (ECF No. 3) is **TERMINATED** without prejudice as moot.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 11, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794
