UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI LATINOAMERICA
S. DE R.L. DE C.V,

       Plaintiff,

v.

GPSI, LLC,

       Defendant.

Case No. 21-cv-10131
Hon. Matthew F. Leitman

_____/

**ORDER (1) DIRECTING PARTIES TO ATTEND FACILITATION, (2) ADMINISTRATIVELY TERMINATING ALL PENDING MOTIONS (ECF Nos. 23, 25, 36), AND (3) STAYING THE CASE**

On December 7, 2022, the Court held a joint on-the-record status conference in both this action and in a related action, *Guillermo Jose Grünberger Reynoso v. Rand Mueller, et al.*, E.D. Mich. Case No. 21-12556.  As the Court explained on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- The parties in both actions are **DIRECTED** to attend a joint **in-person** facilitation to be conducted by attorney Thomas G. McNeill at his new mediation practice, Tom McNeill ADR, PLLC.  The parties shall jointly contact Mr. McNeill to schedule the facilitation for a time that is convenient for all parties.  Guillermo Jose Grünberger Reynoso, Rand Mueller, and Sam Spencer shall all attend the mediation **in person**, and the parties shall set aside

1

at least two consecutive full days for the mediation. Mr. McNeill's fees shall be paid as follows: One-third by GPSI Latinoamerica S. de R.L. de C.V. and Guillermo Jose Grünberger Reynoso, one-third by GPSI, LLC, and one-third by Rand Mueller; and

- In light of the facilitation, the Court (1) **TERMINATES** without prejudice all pending motions in this action (ECF Nos. 23, 25, and 36) and (2) **STAYS** this case. If this action does not settle during the facilitation, the Court will re-open this action, reinstate the motions, and decide the motions promptly.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126