UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI LATINOAMERICA
S. DE R.L. DE C.V,

    Plaintiff,

v.

GPSI, LLC,

    Defendant.

Case No. 21-cv-10131
Hon. Matthew F. Leitman

_____/

**ORDER RESOLVING PENDING MOTIONS (ECF Nos. 40, 47, 48, and 49)**

On October 16, 2023, the Court held a hearing on the following motions: Plaintiff GPSI Latinoamerica's Motion to Enforce Parties' Settlement Agreement, Compel Dismissal, and for Other Related Relief (re-filed) (ECF No. 49); Defendant GPSI LLC's Motion for Leave to File First Amended Counterclaim (re-filed) (ECF No. 47); Defendant GPSI LLC's Motion for Leave to Join Additional Counterclaim Defendant and Claims in First Amended Complaint (ECF No 48); and Plaintiff GPSI Latinoamerica's Motion for Sanctions Against Defendant GPSI, LLC (ECF No. 40). For the reasons stated on the record during the hearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Enforce Parties Settlement Agreement, Compel Dismissal, and for Other Related Relief (re-filed) (ECF No. 49) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**. The motion is granted to

1

the extent that it seeks dismissal of this action with prejudice. This action is now dismissed with prejudice. The motion is denied without prejudice to the extent it seeks an award of fees and costs.

2. Defendant's Motion for Leave to File First Amended Counterclaim (re-filed) (ECF No. 47) is **DENIED AS MOOT** in light of the dismissal of the action.

3. Defendant's Motion for Leave to Join Additional Counterclaim Defendant and Claims in First Amended Counterclaim (refiled) (ECF No. 48) is **DENIED AS MOOT** in light of the dismissal of the action.

4. Plaintiff's Motion for Sanctions Against Defendant GPSI, LLC (ECF No. 40) is **GRANTED IN PART** and **DENIED IN PART** as follows. The motion is granted to the extent it seeks an award of monetary sanctions. The Court will determine the amount of the sanctions at hearing following the conclusion of all of the related proceedings involving these parties. The motion is denied as moot to the extent it seeks dismissal of this action. The Court has already ruled that this action should be dismissed pursuant to parties' settlement agreement (*see* ruling on ECF No. 49). The motion is denied on the merits to the extent that it seeks dismissal of Civil Action No. 23-10501.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126